UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ADONIS McDOWELL,

                  Plaintiff,

-against-

FATHER FLANAGAN'S BOYS' HOME

                  Defendant.
-----------------------------------------------------------------X

JUDGMENT
03-CV-2058 (SJ)

FILED
IN CLERK'S OFFICE
U.S. D... E.D.N.Y.
APR 28 2005
TIME A.M. _____

      A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on April 27, 2005, granting defendant's motion for summary judgment with respect to plaintiff's Title VII and ADA claims; declining to exercise supplemental jurisdiction over plaintiff's remaining State Law claims pursuant to 28 U.S.C. § 1367(c)(3); dismissing plaintiff's Title VII and ADA claims with prejudice; dismissing plaintiff's claims pursuant to New York State Human Rights Law and the New York City Administrative Code without prejudice; and directing the Clerk of the Court to enter a final judgment in favor of defendant; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted with respect to plaintiff's Title VII and ADA claims; that the Court declines to exercise supplemental jurisdiction over plaintiff's remaining State Law claims pursuant to 28 U.S.C. § 1367(c)(3); that plaintiff's Title VII and ADA claims are dismissed with prejudice; that plaintiff's claims pursuant to New York State Human Rights Law and the New York City Administrative Code are dismissed without prejudice; and that a final judgment is hereby entered in favor of defendant.

Dated: Brooklyn, New York
       April 27, 2005

                                                          ROBERT C. HEINEMANN
                                                         Clerk of Court